UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| VS. | : | |
| CATRINA CRAFT | : | CR. NO. 08-01  (FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 6th  day of  January, 2016,

ORDERED that  Andrea Bergman, AFPD  from the Office of the Federal Public Defender for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc:  Federal Public Defender